**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAGISTRATE NO. 26-1807** |
| **JORDAURIS ABREU** | : | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

1. I, Alexander DiMedio, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since September 26, 2015. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals who have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations Field Office in Philadelphia, Pennsylvania, and my duties include investigating violations of Title 8 of the United States Code, to include violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against JORDAURIS ABREU, because there is probable cause to believe ABREU, who is neither a citizen nor a national of the United States, re-entered the United States after removal, in violation of Title 8, United States Code, Section 1326(a). I base this conclusion on information that I have obtained from my personal observations, witness interviews, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited purpose of establishing

probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

**PROBABLE CAUSE**

3. On March 24, 2026, ICE investigators were contacted by a source ("CS1") that had information about ABREU. This source has provided reliable information to law enforcement in the past. Specifically, CS1 has provided information that has led ICE and other federal law enforcement agencies to make arrests leading to convictions. CS1 stated that the source has information on ABREU, and that ABREU has reentered the United States after being deported back to the Dominican Republic on August 29, 2023. CS1 knew of ABREU by name and also stated his street name is "Javito." CS1 stated that ABREU is living at 1422 Knorr Street, Philadelphia, PA 19111. CS1 also obtained information that ABREU drives a blue Mercedes Benz SUV. CS1 provided photographs of a blue Mercedes Benz SUV bearing temporary Pennsylvania license plate 4578-345 parked in the rear of 1422 Knorr Street.

4. ICE investigators conducted surveillance at 1422 Knorr Street on several occasions. On September 9, 2026, ICE investigators conducted surveillance of the rear of 1422 Knorr Street. At approximately 12:30 p.m., ICE investigators observed a male individual operating the blue Mercedes Benz SUV that was parked in the rear of 1422 Knorr Street. ICE investigators observed that the blue Mercedes had a new Pennsylvania registration displayed with license plate number NJE-7292. ICE investigators conducted database checks on that license plate, which revealed that the Mercedes Benz is registered to "JEVITO RENTCARLCC."

5. The male individual that ICE investigators observed driving the Mercedes Benz on September 9, 2026 matched the description of ABREU. The features of the male matched facial features and build of ABREU in a photograph taken of him when he was deported on

August 29, 2023 (Form I-205, Warrant of Deportation). On September 15, 2026, ICE investigators again observed ABREU enter the blue Mercedes Benz SUV bearing Pennsylvania registration NJE-7292. ABREU exited the alley behind the 1422 Knorr Street address in his vehicle and the investigators clearly observed the same male matching ABREU's description.

6. I know that ICE maintains a file on all non-citizens encountered by ICE. This file, known as the Alien File ("A-File"), contains documentation relating to the non-citizen, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents related to the lawful or unlawful status the non-citizen has in the United States. Each non-citizen is assigned an identification number, referred to as the Alien Number.

7. A search of DHS databases revealed that ABREU has been assigned Alien Number 208-765-086 and that he is a native and citizen of Dominican Republic and not a citizen of the United States.

8. Based on my review of this A-File and DHS's electronic databases, I have made the following conclusions:

a. On June 21, 2023, ABREU was issued a Final Order of Removal by an Immigration Judge pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

b. On or about August 29, 2023, ABREU was removed from the United States to the Dominican Republic via an ICE flight from Alexandria, Louisiana. At the time of his removal, a Warrant of Deportation/Removal, Form I-205, was executed containing ABREU's photograph, fingerprint, signature, and Alien Number, as well as the signatures of immigration officers who witnessed his departure.

9. At an unknown place and time, ABREU unlawfully reentered the United States.

10. On or about September 9, 2026, ABREU was observed in the Eastern District of Pennsylvania by members of ICE.

11. On September 16, 2026, ABREU was administratively arrested by ICE in the alley behind 1422 Knorr Street after members of ICE observed him leaving the residence. After being arrested ABREU was fingerprinted. ABREU's fingerprints were processed and yielded a positive match with the person associated with FBI number M1D4609T9 who was removed from the United States on August 29, 2023.

12. A search of the DHS databases revealed that JORDAURIS ABREU did not seek permission of the United States Attorney General, or his successor, the Secretary of Homeland Security, for permission to reapply for admission to the United States after removal or deportation.

## **CONCLUSION**

Based on the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude that JORDAURIS ABREU illegally re-

entered the United States after removal in violation of 8 U.S.C. § 1326(a). I therefore respectfully ask that the Court issue a warrant ordering his arrest for such crime.

*/s/ Alexander M. DiMedio*
Alexander M. DiMedio
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to me by telephone on
this 18th day of September 2026.

/s/ Katayoun M. Copeland
HONORABLE KATAYOUN M. COPELAND
United States Magistrate Judge